IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC STEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PHILADELPHIA, et al.,<br>　　　　Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 13-4644<br>:<br>: |

## ORDER

**AND NOW**, this ____ day of December, 2013, upon consideration of Defendants Northern Liberties Neighbors Association, Matt Ruben, Larry Freedman, David Witz, Judy Donovan, Richard Donovan, James Brossy, and Debbie Rudman's Motion to Dismiss (Doc. 4), Plaintiff's Response in Opposition thereto (Doc. 10), and Defendants' Reply (Doc. 14), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Count IV (excluding statements made relating to Exhibit I in Paragraph 87(b) of the Complaint;

2. The Motion is **GRANTED** as to Count V;

3. The Motion is **GRANTED** as to Count VIII (excluding statements made in the July 30, 2012 email);

4. The Motion is **GRANTED** as to Count IX;

5. The Motion is **GRANTED** as to Count X;

6. The Motion is **GRANTED** as to Counts XI and XII (excluding statements made in the April 2, 2012 email to Yishai Kedar);

7. The Motion is **GRANTED** as to Count XIII;

8. The Motion is **GRANTED** as to Count XIV;

9. The Motion is **GRANTED** as to Count XVIII.  Plaintiff is granted leave to amend its complaint with respect to this claim <u>only</u>;

10. The Motion is **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　　　　　/s/ Petrese B. Tucker

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, C.J.**