IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | No. 13-CV-4644 |

O R D E R

AND NOW, this 15th day of January, 2014, IT IS HEREBY ORDERED that the City of Philadelphia's motion to dismiss (Dkt. # 3) is GRANTED. All claims against the City of Philadelphia are dismissed with prejudice.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.