IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-CV-4644 |

**O R D E R**

AND NOW, this   29th   day of January, 2014, IT IS HEREBY ORDERED that the plaintiff's motion for reconsideration (Dkt. # 39) is DENIED.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.