IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | No. 13-CV-4644 |

O R D E R

AND NOW, this 8th day of April, 2014, IT IS HEREBY ORDERED that Sergeant Michael Brennan's motion to dismiss (Dkt. # 45) is GRANTED.

Plaintiff shall have 20 days to file an amended complaint limited to the claims raised in Counts Two and Eighteen.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.