IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 13-CV-4644 |

**O R D E R**

AND NOW, this 22nd day of May, 2014, IT IS HEREBY ORDERED that:

1. The motion to dismiss the amended complaint and for sanctions (Dkt. # 61) is DENIED because the issues raised have been previously rejected by Chief Judge Petrese B. Tucker in her December 2013 opinion.

2. Defendants Northern Liberties Neighbors Association, Matt Ruben, Larry Freedman, David Witz, Judy Donovan, Richard Donovan, James Brossy, and Debbie Rudman shall answer the amended complaint within 14 days of this order.

3. No further motions shall be filed unless counsel first contact chambers to arrange a telephone conference to discuss the motion.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.