# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC STEIN                                          :          CIVIL ACTION

     vs.                                              :

NORTHERN LIBERTIES NEIGHBORHOOD    :          NO. 13-4644
ASSOCIATION, et al.

## O R D E R

**AND NOW, TO WIT:** This 23rd day of January, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                  **MICHAEL E. KUNZ**, Clerk of Court

                                  **BY:**   /s/ Donna M. Bozzelli
                                            Donna M. Bozzelli
                                            Deputy Clerk

Copies Emailed on   1/23/15    to:
  Gavin P. Lentz., Esq.
  Marirose Roach, Esq.
  Jordan Rushie, Esq.
  Armando Brigandi, Esq.
  John E. Young, IV, Esq.
  J. Conor Corcoran, Esq.

Civ 2 (7/83)

41.1(b)